# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOSH TERRY | * | CIVIL ACTION NO. 2:17-CV-410 |
|    B.O.P. # 15408-032 | * |    SECTION P |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| S. BROWN, ET AL. | * | MAG. JUDGE KATHLEEN KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 12] of the Magistrate Judge previously filed herein, determining that the findings are correct under applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** under Rule 41(b) of the Federal Rules of Civil Procedure.

Monroe, Louisiana, this 13th day of April, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE